IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-821-D

| | |
|---|---|
| TAYLOR WILLIAMSON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PETSMART, INC., | ) |
| Defendant. | ) |

On December 3, 2013, PetSmart, Inc. ("PetSmart"), filed a partial motion to dismiss [D.E. 4] and supporting memorandum [D.E. 5]. Taylor Williamson, who is represented by counsel, failed to respond to the motion.

Williamson fails to state a claim upon which relief can be granted in counts two and three against her private employer, PetSmart. See, e.g., Hardin v. Belmont Textile Mach. Co., No. 3:05-CV-492, 2006 WL 2229002, at *5 (W.D.N.C. Aug. 3, 2006) (unpublished); Horne v. Cumberland City Hosp. Sys., Inc., 746 S.E.2d 13, 18 (N.C. Ct. App. 2013); Johnson v. Mayo Yarns, Inc., 126 N.C. App. 292, 297, 484 S.E.2d 840, 843 (1997). Accordingly, the partial motion to dismiss [D.E. 4] is GRANTED. Counts two and three are DISMISSED.

SO ORDERED. This 14 day of January 2014.

JAMES C. DEVER III
Chief United States District Judge