AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | | |
|---|---|---|
| TAYLOR WILLIAMSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 5:13-CV-821-**D |
| PETSMART, INC., | ) ) | |
| Defendants. | ) | |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Partial Motion to Dismiss [D.E. 4] is GRANTED. Counts Two and Three of the Complaint are DISMISSED.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JANUARY 14, 2014**</u> WITH A COPY TO:

India Dennis (via email notification to idennism@gmail.com and via USPS to Law Office of India Dennis, 801 Gilbert Street, Suite 217, Durham, NC 27701)
Gregory P. McGuire (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| <u>January 14, 2014</u> | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | <u>/s/ Debby Sawyer</u> |
| | (By) Deputy Clerk |

Raleigh, North Carolina